**Opinion issued March 15, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00556-CV

_____

## ROBERT FORAN, Appellant

## V.

## CAMERON ROESLE AND ROBERT W. BERLETH, Appellees

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 19-DCV-267154**

---

## MEMORANDUM OPINION

Appellant, Robert Foran, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.